IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00106-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARMANDO SERAFIN GONZALEZ-ROJAS,

    Defendant.

---

**ORDER**

---

    THIS MATTER comes before the Court upon the government's Motion to Dismiss Counts One and Twenty-Four of Indictment, filed August 3, 2009 [#70].  The Court having considered this motion,

    IT IS HEREBY ORDERED that Counts One and Twenty-Four of the Indictment are **DISMISSED** as to this defendant only.

    Dated:  August 4, 2009

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge